# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1373

———————————————

ESCAMBIA COUNTY, FLORIDA,

    Appellant,

v.

WHITESELL-GREEN/CADDELL JV,
LLC, a Florida Limited Liability
Company, DLR GROUP, INC.,

    Appellees.

———————————————

On appeal from the Circuit Court for Escambia County.
John T. Brown, Judge.

January 28, 2026

PER CURIAM.

    AFFIRMED.

ROWE and NORDBY, JJ., concur; BILBREY, J., concurs with opinion.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

BILBREY, J., concurring.

Because the trial court correctly concluded that the professional standard of care that applied to all of Appellant's causes of action was that of a design criteria professional under section 287.055(2)(k), Florida Statutes (2022), and Appellant did not raise a material issue of fact to show how that standard was breached, we are correct to affirm the grant of summary final judgment for the Appellee/third-party defendant, DLR Group, Inc.

_____

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for Appellant.

Kristina L. Marsh of Gordon Rees Scully Mansukhani, Tampa; Stacy L. Moon of Gordon Rees Scully Mansukhani, pro hac vice, Birmingham, AL, for Appellee DLR Group, Inc.